USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                              :
JSC UNITED CHEMICAL COMPANY         :
URALCHEM, In re Ex Parte Application of JSC :
UNITED CHEMICAL COMPANY             :
URALCHEM for an Order to Conduct       :                1:20-mc-00187-GHW
Discovery for Use in Foreign Proceedings     :
Pursuant to 28 U.S.C. § 1782                 :                      ORDER
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        The Court has reviewed the *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 (the "Application"). Dkt No. 1. The Court will not grant the requested relief *ex parte*. Accordingly, Petitioner is directed to serve the Application and this order on the intended respondents no later than April 20, 2020, and to file proof of service. Any opposition to the application must be served no later than May 4, 2020. Petitioner's reply, if any, is due no later than May 11, 2020.

        The Court will hold a hearing on the Application on May 18, 2020 at 4:00 p.m. by telephone conference. The parties should consult the Court's Emergency Rules in Light of Covid-19, which are available on the Court's website, for dial-in information and other instructions.

        SO ORDERED.

Dated: April 10, 2020

                                                                        _____
                                                                         GREGORY H. WOODS
                                                                      United States District Judge