USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMORANDUM ENDORSED**

| | |
|---|---|
| In re *Ex Parte* Application of JSC UNITED CHEMICAL COMPANY URALCHEM for an Order to Conduct Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782. | Case No. 20 Misc. 187<br><br>**ORDER** |

The Court, having reviewed the application for an order under 28 U.S.C. § 1782 to conduct discovery for use in foreign proceedings, the memorandum of law in support thereof, the petition, and the declaration of O. Andrew F. Wilson, dated April 8, 2020 (the "Wilson Declaration") and the exhibits thereto, finds that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied, and (2) the factors identified by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), weigh in favor of granting Petitioner's application. It is therefore:

ORDERED that Petitioner is granted leave to serve the subpoenas annexed as Exhibits B - G to the Wilson Declaration; and it is

FURTHER ORDERED that, in light of current restrictions related to COVID-19, Petitioner is granted leave to serve the subpoena annexed as Exhibit B to Citibank N.A. via facsimile at the following number: (347) 809-6937; the subpoena annexed as Exhibit C to The Bank of New York Mellon via email at the following address: jessica.rhea@bnymellon.com; the subpoena annexed as Exhibit D to JPMorgan Chase Bank, N.A. via facsimile at the following number: (866) 859-8592; the subpoena annexed as Exhibit E to Deutsche Bank Trust Company Americas via email at the following address: rosie.collins@db.com; the subpoena annexed as Exhibit F to Bank of America, N.A. via facsimile at the following number: (980) 233-7070; the

subpoena annexed as Exhibit G to Commerzbank AG US via facsimile at the following number: (212) 973-7224; and it is

FURTHER ORDERED that the documents requested in the subpoenas annexed as Exhibits B - G to the Wilson Declaration shall be produced within three weeks of service of the subpoenas.

The Clerk of Court is directed to terminate the motion pending at Dkt No. 1.

SO ORDERED.

Dated: May 18, 2020

_____
GREGORY H. WOODS
United States District Judge