USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/19/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMORANDUM ENDORSED**

In re *Ex Parte* Application of JSC UNITED CHEMICAL COMPANY URALCHEM for an Order to Conduct Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782.

Case No. 20 Misc. 187

**ORDER**

The Court, having granted the Petitioner's application for an order under 28 U.S.C. § 1782 to serve subpoenas on Respondents, and in light of the exigencies of the COVID-19 pandemic, finds that alternate service of the subpoenas is warranted. It is hereby

ORDERED that Petitioner is granted leave to serve the subpoenas as follows:

1. To Citibank N.A. by facsimile at the following number: (347) 809-6937;

2. To The Bank of New York Mellon by email at the following address: jessica.rhea@bnymellon.com;

3. To JPMorgan Chase Bank, N.A. by facsimile at the following number: (866) 859-8592;

4. To Deutsche Bank Trust Company Americas by certified mail to the following address: CT Corporation, Attn: Deutsche Bank Trust Company Americas, 28 Liberty St., New York, NY 10005;

5. To Bank of America, N.A. by email at the following address: alina.m.rodriguez@bofa.com; and

6. To Commerzbank AG US by email at the following address: Christina.Spiller@commerzbank.com, and by overnight courier to the following address: 225 Liberty Street, 32nd Fl., New York, NY 10281-1051.

Dated: May __19__, 2020        SO ORDERED.

_____
GREGORY H. WOODS
United States District Judge