USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
JSC UNITED CHEMICAL COMPANY                                   :
URALCHEM, In re Ex Parte Application of JSC                   :
UNITED CHEMICAL COMPANY                                       :
URALCHEM for an Order to Conduct                              :    1:20-mc-00187-GHW
Discovery for Use in Foreign Proceedings                      :
Pursuant to 28 U.S.C. § 1782                                  :    ORDER
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On May 29, 2020, Petitioner filed a proposed protective order. Dkt No. 23. The Court declines to enter that order. Petitioner may file a proposed stipulation and order regarding confidentiality with any producing party that requests such a confidentiality order. Any such proposed stipulation and order must be presented in accordance with the Court's Individual Rules of Practice in Civil Cases.

SO ORDERED.

Dated: May 31, 2020

                                                    _____
                                                         GREGORY H. WOODS
                                                       United States District Judge